Sean O. Anderson
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  6:20-mj-00007-JDP |
| Plaintiff, | |
| v. | **MOTION TO DISMISS; AND ORDER THEREON** |
| BRIAN RODRIGUEZ, | |
| Defendant. | |

The parties having entered into a Deferred Prosecution Agreement, the United States hereby moves the Court for an order of dismissal without prejudice pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of the Court endorsed hereon.

Respectfully submitted,

Dated:  February 16, 2021

/S/ Sean O. Anderson_____
Sean O. Anderson
Legal Officer
Yosemite National Park

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER

       Upon motion of the United States pursuant to Fed. R. Crim. P. 48 it is hereby ordered that the matter of *United States v. Rodriguez*, case no. 6:20-mj-00007-JDP, is dismissed without prejudice.  As a result, the status conference scheduled for March 23, 2021 is vacated.

IT IS SO ORDERED.

Dated:   February 17, 2021

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2                                    United States v. Brian RODRIGUEZ